## UNITED STATES BANKRUPTCY COURT

### Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Hannah Elizabeth Vincent<br><br>Debtor(s) | Case No.:18−10626−jal<br><br>Chapter: 7<br>Judge: Joan A. Lloyd |

# NOTICE OF HEARING

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing will be held in the above−referenced case as listed below to consider and act upon the matters listed below and transact other business as may properly come before the Court:

Sua Sponte Notice of Hearing for the Debtor and Debtor's counsel to appear and show cause why this case should not be dismissed for failure to file the signed statement required by Administrative Manual Section 2.1(m)(2) which was due by July 12, 2018. Show Cause hearing to be held on 8/23/2018 at 10:00 AM (Central Time) at Warren Co. Justice Center, Circuit Courtroom B, 4th Floor, 1001 Center Street, Bowling Green, KY 42101. ANY PARTY WISHING TO APPEAR BY VIDEO CONFERENCE AT ONE OF THE VIDEO CONFERENCE SITES IN THE WESTERN DISTRICT MUST CONTACT THE COURT BY PHONE NO LATER THAN TWO BUSINESS DAYS PRIOR TO THE SCHEDULED HEARING. cc: Service List (Rupe, B)

PLEASE TAKE ADDITIONAL NOTICE that should a continuance of the hearing be necessary for good cause shown, the movant shall request the continuance in writing, with notice to all parties in interest, no later than seven (7) days prior to the scheduled hearing.

Dated: 7/23/18

By: bc
Deputy Clerk

FOR THE COURT
Elizabeth H. Parks
Clerk, U.S. Bankruptcy Court